# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2020

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Pollak, Cheryl L. | U.S. District Court, E.D.N.Y. | 05/06/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge (Full-Time) | ☐ Nomination Date<br>☐ Initial ✔ Annual ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2020<br>**to**<br>12/31/2020 |

**7. Chambers or Office Address**

U.S. Courthouse, E.D.N.Y.
225 Cadman Plaza East
Brooklyn, New York 11201

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

✔ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

✔ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Pollak, Cheryl L.** | 05/06/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2020 | Morgan Lewis & Bockius - partnership |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pollak, Cheryl L. | 05/06/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

**✔**     NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

**✔**     NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pollak, Cheryl L. | 05/06/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Vanguard 500 Index Fund (no control) | E | Interest | O | T | | | | | |
| 2. Rental Property (Kiawah Island, SC 2010 $1.8 million) | F | Rent | P1 | R | | | | | |
| 3. AB Discovery Growth Fund | A | Dividend | M | T | Sold (part) | 03/02/20 | J | A | |
| 4. | | | | | Buy (add'l) | 04/16/20 | J | | |
| 5. | | | | | Sold (part) | 04/23/20 | J | A | |
| 6. | | | | | Buy (add'l) | 12/10/20 | J | | |
| 7. AB Discovery Value Fund | A | Dividend | L | T | Buy (add'l) | 01/08/20 | J | | |
| 8. | | | | | Buy (add'l) | 01/21/20 | J | | |
| 9. | | | | | Buy (add'l) | 01/22/20 | J | | |
| 10. | | | | | Buy (add'l) | 03/02/20 | J | | |
| 11. | | | | | Buy (add'l) | 04/16/20 | J | | |
| 12. | | | | | Sold (part) | 04/23/20 | J | A | |
| 13. | | | | | Buy (add'l) | 09/18/20 | J | | |
| 14. | | | | | Buy (add'l) | 12/14/20 | J | | |
| 15. AB Emerging Markets Portfolio | A | Dividend | M | T | Buy (add'l) | 12/09/20 | J | | |
| 16. AB High Income | A | Dividend | L | T | Buy | 06/01/20 | L | | |
| 17. | | | | | Buy (add'l) | 07/02/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Pollak, Cheryl L.** | 05/06/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| | A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | | Buy (add'l) | 08/04/20 | J | | |
| 19. | | | | | | Buy (add'l) | 09/02/20 | J | | |
| 20. | | | | | | Buy (add'l) | 10/02/20 | J | | |
| 21. | | | | | | Buy (add'l) | 11/03/20 | J | | |
| 22. | | | | | | Buy (add'l) | 12/02/20 | J | | |
| 23. | AB International Small Cap Portfolio | B | Dividend | N | T | Buy (add'l) | 04/23/20 | K | | |
| 24. | | | | | | Buy (add'l) | 12/11/20 | J | | |
| 25. | AB International Stratetic Equities Portfolio | D | Dividend | P1 | T | Sold (part) | 01/21/20 | J | A | |
| 26. | | | | | | Sold (part) | 04/20/20 | J | A | |
| 27. | | | | | | Buy (add'l) | 04/23/20 | K | | |
| 28. | | | | | | Sold (part) | 07/20/20 | J | A | |
| 29. | | | | | | Sold (part) | 10/20/20 | J | A | |
| 30. | | | | | | Buy (add'l) | 12/01/20 | J | | |
| 31. | AB Small Cap Core Portfolio | A | Dividend | L | T | Buy (add'l) | 01/27/20 | J | | |
| 32. | | | | | | Buy (add'l) | 03/02/20 | J | | |
| 33. | | | | | | Buy (add'l) | 04/16/20 | J | | |
| 34. | | | | | | Sold (part) | 04/23/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Pollak, Cheryl L.** | 05/06/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. | | | | | Sold<br>(part) | 09/18/20 | K | A | |
| 36. | | | | | Sold<br>(part) | 09/22/20 | J | A | |
| 37. | | | | | Buy<br>(add'l) | 12/11/20 | J | | |
| 38. AB Wealth Appreciation Strategy - Advisor Class | B | Dividend | M | T | Sold<br>(part) | 01/21/20 | J | A | |
| 39. | | | | | Sold<br>(part) | 04/20/20 | J | A | |
| 40. | | | | | Sold<br>(part) | 07/20/20 | J | A | |
| 41. | | | | | Sold<br>(part) | 10/20/20 | J | A | |
| 42. | | | | | Buy<br>(add'l) | 12/16/20 | J | | |
| 43. Adobe Inc. | A | Dividend | J | T | Sold<br>(part) | 10/01/20 | J | A | |
| 44. AECOM | A | Dividend | J | T | Buy | 04/27/20 | J | | |
| 45. | | | | | Buy<br>(add'l) | 04/30/20 | J | | |
| 46. | | | | | Buy<br>(add'l) | 05/04/20 | J | | |
| 47. | | | | | Buy<br>(add'l) | 05/11/20 | J | | |
| 48. | | | | | Buy<br>(add'l) | 06/25/20 | J | | |
| 49. | | | | | Buy<br>(add'l) | 08/13/20 | J | | |
| 50. Align Technology Inc. | A | Dividend | J | T | Buy | 03/05/20 | J | | |
| 51. | | | | | Buy<br>(add'l) | 03/06/20 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pollak, Cheryl L. | 05/06/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy (add'l) | 03/09/20 | J | | |
| 53. Alphabet Inc. Class A | A | Dividend | J | T | | | | | |
| 54. Alphabet Inc. Class C | A | Dividend | L | T | Buy (add'l) | 01/06/20 | J | | |
| 55. | | | | | Buy (add'l) | 01/08/20 | J | | |
| 56. | | | | | Sold (part) | 04/23/20 | J | A | |
| 57. | | | | | Sold (part) | 06/08/20 | J | A | |
| 58. | | | | | Sold (part) | 06/29/20 | J | A | |
| 59. Amazon.com Inc. | A | Dividend | L | T | Buy (add'l) | 01/03/20 | J | | |
| 60. | | | | | Buy (add'l) | 01/08/20 | J | | |
| 61. | | | | | Buy (add'l) | 03/11/20 | J | | |
| 62. | | | | | Buy (add'l) | 03/18/20 | J | | |
| 63. | | | | | Buy (add'l) | 04/06/20 | J | | |
| 64. | | | | | Buy (add'l) | 04/21/20 | J | | |
| 65. American Beacon | A | Dividend | L | T | Sold (part) | 03/11/20 | M | A | |
| 66. | | | | | Buy (add'l) | 12/22/20 | M | | |
| 67. American Campus Communities | A | Dividend | J | T | Buy | 02/26/20 | J | | |
| 68. | | | | | Buy (add'l) | 03/12/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Pollak, Cheryl L.** | 05/06/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Buy (add'l) | 04/07/20 | J | | |
| 70. | | | | | Buy (add'l) | 04/27/20 | J | | |
| 71. | | | | | Sold (part) | 06/08/20 | J | A | |
| 72. | | | | | Buy (add'l) | 08/17/20 | J | | |
| 73. | | | | | Buy (add'l) | 11/02/20 | J | | |
| 74. American Electric Power | B | Dividend | K | T | Sold (part) | 05/08/20 | J | A | |
| 75. | | | | | Sold (part) | 06/26/20 | J | A | |
| 76. | | | | | Sold (part) | 10/28/20 | J | A | |
| 77. Americold Realty Trust | A | Dividend | J | T | Buy | 02/27/20 | J | | |
| 78. | | | | | Sold (part) | 04/23/20 | J | A | |
| 79. AMG GW&K Small Cap | A | Dividend | O | T | Sold (part) | 03/20/20 | O | A | |
| 80. | | | | | Buy (add'l) | 04/23/20 | N | | |
| 81. Anthem Inc. | A | Dividend | K | T | Buy (add'l) | 07/20/20 | J | | |
| 82. Apple Inc. | A | Dividend | L | T | Sold (part) | 01/07/20 | J | A | |
| 83. | | | | | Sold (part) | 03/24/20 | J | B | |
| 84. | | | | | Sold (part) | 04/23/20 | J | C | |
| 85. | | | | | Sold (part) | 07/07/20 | J | B | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pollak, Cheryl L. | 05/06/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Sold (part) | 07/17/20 | J | C | |
| 87. | | | | | Sold (part) | 08/03/20 | J | A | |
| 88. | | | | | Sold (part) | 08/24/20 | J | A | |
| 89. | | | | | Sold (part) | 09/08/20 | J | D | |
| 90. | | | | | Sold (part) | 10/01/20 | J | A | |
| 91. Automatic Data Processing | A | Dividend | J | T | Buy (add'l) | 04/03/20 | J | | |
| 92. | | | | | Sold (part) | 04/27/20 | J | A | |
| 93. | | | | | Sold (part) | 08/12/20 | J | A | |
| 94. Autozone | A | Dividend | K | T | Buy (add'l) | 11/11/20 | J | | |
| 95. | | | | | Sold (part) | 12/03/20 | J | A | |
| 96. Bank of America | A | Dividend | K | T | Sold (part) | 01/15/20 | J | A | |
| 97. | | | | | Sold (part) | 01/21/20 | J | A | |
| 98. | | | | | Sold (part) | 04/06/20 | J | A | |
| 99. | | | | | Buy (add'l) | 10/02/20 | J | | |
| 100. | | | | | Buy (add'l) | 10/15/20 | J | | |
| 101. | | | | | Buy (add'l) | 11/02/20 | J | | |
| 102. Berkshire Hathaway Inc. | D | Dividend | K | T | Sold (part) | 02/03/20 | J | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pollak, Cheryl L. | 05/06/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Sold (part) | 04/09/20 | J | A | |
| 104. | | | | | Sold (part) | 04/23/20 | J | A | |
| 105. | | | | | Sold (part) | 06/03/20 | J | A | |
| 106. | | | | | Sold (part) | 06/24/20 | J | A | |
| 107. | | | | | Sold (part) | 06/25/20 | J | A | |
| 108. | | | | | Sold (part) | 06/26/20 | J | A | |
| 109. | | | | | Sold (part) | 07/31/20 | J | A | |
| 110. | | | | | Sold (part) | 09/17/20 | J | A | |
| 111. Bernstein New York Municipal Portfolio | F | Dividend | P1 | T | Buy (add'l) | 12/31/19 | J | | |
| 112. | | | | | Buy (add'l) | 01/17/20 | J | | |
| 113. | | | | | Sold (part) | 01/21/20 | J | A | |
| 114. | | | | | Buy (add'l) | 02/20/20 | J | | |
| 115. | | | | | Buy (add'l) | 03/20/20 | J | | |
| 116. | | | | | Sold (part) | 04/01/20 | L | A | |
| 117. | | | | | Sold (part) | 04/20/20 | J | A | |
| 118. | | | | | Buy (add'l) | 04/20/20 | J | | |
| 119. | | | | | Buy (add'l) | 05/20/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pollak, Cheryl L. | 05/06/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Buy (add'l) | 6/19/20 | J | | |
| 121. | | | | | Sold (part) | 07/20/20 | J | A | |
| 122. | | | | | Buy (add'l) | 07/20/20 | J | | |
| 123. | | | | | Buy (add'l) | 08/20/20 | J | | |
| 124. | | | | | Buy (add'l) | 09/18/20 | J | | |
| 125. | | | | | Sold (part) | 10/20/20 | J | A | |
| 126. | | | | | Buy (add'l) | 10/20/20 | J | | |
| 127. | | | | | Buy (add'l) | 11/20/20 | J | | |
| 128. | | | | | Buy (add'l) | 11/27/20 | J | | |
| 129. | | | | | Buy (add'l) | 12/18/20 | J | | |
| 130. | | | | | Buy (add'l) | 12/22/20 | N | | |
| 131. Bernstein Tax Managed International Portfolio | C | Dividend | N | T | Buy (add'l) | 04/23/20 | K | | |
| 132. | | | | | Sold (part) | 06/01/20 | M | C | |
| 133. | | | | | Sold (part) | 06/17/20 | J | B | |
| 134. | | | | | Sold (part) | 09/29/20 | J | B | |
| 135. | | | | | Buy (add'l) | 11/27/20 | J | | |
| 136. Bernstein Tax-Aware Overlay A Portfolio Class A - (no control) | B | Dividend | N | T | Buy (add'l) | 06/22/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Pollak, Cheryl L.** | 05/06/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Buy (add'l) | 09/18/20 | J | | |
| 138. | | | | | Buy (add'l) | 12/16/20 | K | | |
| 139. | | | | | Buy (add'l) | 12/22/20 | M | | |
| 140. Bernstein Tax-Aware Overlay N Portfolio Class 1 ((no control) | D | Dividend | P1 | T | Buy (add'l) | 12/16/20 | M | | |
| 141. | | | | | Buy (add'l) | 12/22/20 | K | | |
| 142. Biogen Inc. | A | Dividend | | | Sold | 01/08/20 | J | B | |
| 143. Blackrock High Yield | A | Dividend | O | T | Buy (add'l) | 01/21/20 | M | | |
| 144. | | | | | Sold (part) | 03/20/20 | N | A | |
| 145. | | | | | Buy (add'l) | 12/22/20 | K | | |
| 146. Blackrock Multi Asset INCM Port Inst. | A | Dividend | J | T | Buy (add'l) | 01/21/20 | N | | |
| 147. | | | | | Buy (add'l) | 12/22/20 | M | | |
| 148. Boeing Co. | A | Dividend | | | Sold (part) | 01/17/20 | J | A | |
| 149. | | | | | Sold (part) | 01/27/20 | J | A | |
| 150. | | | | | Sold (part) | 02/07/20 | J | B | |
| 151. | | | | | Sold | 02/28/20 | J | A | |
| 152. Booking Holdings Inc. | A | Dividend | J | T | Sold (part) | 01/17/20 | J | A | |
| 153. | | | | | Sold (part) | 01/31/20 | J | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pollak, Cheryl L. | 05/06/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Sold (part) | 04/23/20 | J | A | |
| 155. | | | | | Sold (part) | 08/06/20 | J | A | |
| 156. | | | | | Sold (part) | 08/11/20 | J | A | |
| 157. Booz Allen Hamilton Holding | A | Dividend | J | T | Buy | 07/22/20 | J | | |
| 158. | | | | | Buy (add'l) | 09/03/20 | J | | |
| 159. Broadcom Inc. | A | Dividend | | | Buy (add'l) | 01/02/20 | J | | |
| 160. | | | | | Sold (part) | 03/24/20 | J | A | |
| 161. | | | | | Sold (part) | 04/03/20 | J | A | |
| 162. | | | | | Sold | 04/21/20 | J | A | |
| 163. Capital One Financial Corp. | A | Dividend | | | Sold | 03/17/20 | J | B | |
| 164. CBRE Group Inc. | A | Dividend | J | T | Buy (add'l) | 03/25/20 | J | | |
| 165. | | | | | Sold (part) | 04/28/20 | J | A | |
| 166. | | | | | Sold (part) | 11/02/20 | J | A | |
| 167. CDW Corp. | A | Dividend | J | T | Buy (add'l) | 04/03/20 | J | | |
| 168. Check Point Software Tech | A | Dividend | | | Sold (part) | 01/07/20 | J | A | |
| 169. | | | | | Sold (part) | 04/03/20 | J | A | |
| 170. | | | | | Sold | 04/09/20 | J | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pollak, Cheryl L. | 05/06/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Chevron Corp. | A | Dividend | J | T | Sold (part) | 04/01/20 | J | C | |
| 172. | | | | | Sold (part) | 04/07/20 | J | A | |
| 173. | | | | | Sold (part) | 05/14/20 | J | A | |
| 174. | | | | | Sold (part) | 08/12/20 | J | B | |
| 175. | | | | | Sold (part) | 09/30/20 | J | B | |
| 176. | | | | | Buy (add'l) | 11/18/20 | J | | |
| 177. Cintas Corp. | F | Dividend | M | T | | | | | |
| 178. Cisco Systems Inc. | A | Dividend | | | Sold (part) | 07/17/20 | J | A | |
| 179. | | | | | Sold (part) | 08/06/20 | J | A | |
| 180. | | | | | Sold (part) | 08/11/20 | J | A | |
| 181. | | | | | Sold (part) | 08/14/20 | J | A | |
| 182. | | | | | Sold (part) | 08/28/20 | J | B | |
| 183. | | | | | Sold | 09/22/20 | J | A | |
| 184. Citibank-Checking | B | Interest | L | T | | | | | |
| 185. Citibank Insured Money Mkt. Acct. (IRA - CD) | A | Interest | J | T | | | | | |
| 186. Citibank Insured Money Mkt. Acct. (IRA - Solomon) | A | Interest | K | T | | | | | |
| 187. Citibank Insured Money Mkt. Acct. (IRA) | A | Interest | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pollak, Cheryl L. | 05/06/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 188. Citibank-Insured Money Market | C | Interest | J | T | | | | | |
| 189. Citibank-Insured Money Market | C | Interest | J | T | | | | | |
| 190. Citigroup, Inc. | A | Dividend | J | T | Buy<br>(add'l) | 03/05/20 | J | | |
| 191. | | | | | Buy<br>(add'l) | 03/06/20 | J | | |
| 192. | | | | | Buy<br>(add'l) | 03/23/20 | J | | |
| 193. | | | | | Sold<br>(part) | 06/26/20 | J | A | |
| 194. | | | | | Sold<br>(part) | 09/30/20 | J | A | |
| 195. Citrix Systems Inc. | A | Dividend | J | T | Sold<br>(part) | 06/26/20 | J | A | |
| 196. | | | | | Buy<br>(add'l) | 10/28/20 | J | | |
| 197. Comcast Corp. | A | Dividend | K | T | | | | | |
| 198. Conocophilips | A | Dividend | J | T | Buy | 04/02/20 | J | | |
| 199. | | | | | Sold<br>(part) | 04/23/20 | J | A | |
| 200. | | | | | Sold<br>(part) | 09/09/20 | J | A | |
| 201. | | | | | Buy<br>(add'l) | 10/01/20 | J | | |
| 202. Constellation Brands Inc. | A | Dividend | | | Sold | 01/13/20 | J | A | |
| 203. Costco Wholesale Corp. | A | Dividend | K | T | Sold<br>(part) | 01/03/20 | J | B | |
| 204. | | | | | Sold<br>(part) | 01/23/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pollak, Cheryl L. | 05/06/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 205. | | | | | Sold<br>(part) | 03/02/20 | J | B | |
| 206. | | | | | Sold<br>(part) | 03/23/20 | J | B | |
| 207. | | | | | Sold<br>(part) | 04/23/20 | J | A | |
| 208.  CSX Corp. | A | Dividend | K | T | Buy | 09/23/20 | J | | |
| 209. | | | | | Buy<br>(add'l) | 09/29/20 | J | | |
| 210. | | | | | Buy<br>(add'l) | 10/01/20 | J | | |
| 211.  Cubesmart | A | Dividend | J | T | Buy<br>(add'l) | 01/09/20 | J | | |
| 212. | | | | | Buy<br>(add'l) | 02/19/20 | J | | |
| 213. | | | | | Sold<br>(part) | 04/23/20 | J | A | |
| 214. | | | | | Sold<br>(part) | 10/13/20 | J | A | |
| 215. | | | | | Sold<br>(part) | 10/27/20 | J | A | |
| 216.  Deckers Outdoors Corpl. | A | Dividend | J | T | Buy | 05/18/20 | J | | |
| 217. | | | | | Buy<br>(add'l) | 08/25/20 | J | | |
| 218.  Delta Air Lines, Inc. | A | Dividend | | | Sold<br>(part) | 04/24/20 | J | A | |
| 219. | | | | | Sold | 04/27/20 | J | A | |
| 220.  DFA US Small Cap Port Inst. | A | Dividend | L | T | Sold<br>(part) | 02/25/20 | J | A | |
| 221. | | | | | Sold<br>(part) | 12/07/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pollak, Cheryl L. | 05/06/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 222. | | | | | Buy<br>(add'l) | 12/22/20 | K | | |
| 223.  Discovery Inc. | A | Dividend | | | Sold | 01/08/20 | J | A | |
| 224.  Dodge & Cox Intl. Stock Fund | A | Dividend | N | T | Sold<br>(part) | 03/11/20 | N | A | |
| 225. | | | | | Buy<br>(add'l) | 03/23/20 | O | | |
| 226.  Dollar General Corp. | A | Dividend | J | T | Sold<br>(part) | 01/02/20 | J | B | |
| 227. | | | | | Sold<br>(part) | 03/13/20 | J | A | |
| 228. | | | | | Sold<br>(part) | 04/09/20 | J | A | |
| 229. | | | | | Sold<br>(part) | 05/01/20 | J | A | |
| 230. | | | | | Sold<br>(part) | 06/15/20 | J | A | |
| 231. | | | | | Sold<br>(part) | 06/26/20 | J | A | |
| 232. | | | | | Sold<br>(part) | 10/26/20 | J | A | |
| 233.  Eaton Corp. | A | Dividend | J | T | Buy<br>(add'l) | 01/21/20 | J | | |
| 234. | | | | | Buy<br>(add'l) | 02/28/20 | J | | |
| 235. | | | | | Buy<br>(add'l) | 03/26/20 | J | | |
| 236. | | | | | Buy<br>(add'l) | 04/27/20 | J | | |
| 237. | | | | | Buy<br>(add'l) | 05/18/20 | J | | |
| 238.  Ebay Inc. | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pollak, Cheryl L. | 05/06/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239.  Edwards Lifesciences | A | Dividend | K | T | | | | | |
| 240.  Electronic Arts Inc. | A | Dividend | K | T | Buy (add'l) | 01/08/20 | J | | |
| 241. | | | | | Buy (add'l) | 02/12/20 | J | | |
| 242. | | | | | Buy (add'l) | 04/29/20 | J | | |
| 243. | | | | | Buy (add'l) | 05/20/20 | J | | |
| 244. | | | | | Sold (part) | 09/09/20 | J | A | |
| 245. | | | | | Buy (add'l) | 09/30/20 | J | | |
| 246. | | | | | Buy (add'l) | 10/30/20 | J | | |
| 247. | | | | | Buy (add'l) | 11/11/20 | J | | |
| 248.  Eli Lilly & Co. | A | Dividend | | | Sold | 07/24/20 | J | A | |
| 249.  EOG RES Inc. | A | Dividend | J | T | Sold (part) | 01/17/20 | J | A | |
| 250. | | | | | Sold (part) | 02/05/20 | J | A | |
| 251. | | | | | Sold (part) | 04/02/20 | J | A | |
| 252. | | | | | Buy (add'l) | 05/04/20 | J | | |
| 253. | | | | | Buy (add'l) | 08/12/20 | J | | |
| 254. | | | | | Sold (part) | 09/30/20 | J | A | |
| 255.  Everest Re Group Ltd. | A | Dividend | | | Sold (part) | 01/06/20 | J | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Pollak, Cheryl L.** | 05/06/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. | | | | | Sold (part) | 01/29/20 | J | A | |
| 257. | | | | | Sold (part) | 01/31/20 | J | A | |
| 258. | | | | | Sold (part) | 02/25/20 | J | A | |
| 259. | | | | | Sold | 03/24/20 | J | A | |
| 260. Exelon | A | Dividend | J | T | | | | | |
| 261. Exxon Mobil Corp. | A | Dividend | | | Buy | 04/01/20 | J | | |
| 262. | | | | | Sold | 09/10/20 | J | A | |
| 263. F5 Networks Inc.bb | A | Dividend | | | Sold (part) | 01/07/20 | J | A | |
| 264. | | | | | Sold (part) | 04/27/20 | J | A | |
| 265. | | | | | Sold | 09/18/20 | J | A | |
| 266. Facebook Inc. | A | Dividend | L | T | Buy (add'l) | 01/09/20 | J | | |
| 267. | | | | | Buy (add'l) | 03/04/20 | J | | |
| 268. | | | | | Buy (add'l) | 03/10/20 | J | | |
| 269. | | | | | Buy (add'l) | 03/23/20 | J | | |
| 270. | | | | | Sold (part) | 06/04/20 | J | A | |
| 271. | | | | | Sold (part) | 06/09/20 | J | B | |
| 272. | | | | | Sold (part) | 06/15/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pollak, Cheryl L. | 05/06/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 273. | | | | | Sold<br>(part) | 06/16/20 | J | A | |
| 274. | | | | | Sold<br>(part) | 09/22/20 | J | A | |
| 275.  Fiserv Inc. | A | Dividend | J | T | Sold<br>(part) | 07/27/20 | J | A | |
| 276.  FNF Group | A | Dividend | | | Sold<br>(part) | 01/03/20 | J | A | |
| 277. | | | | | Sold<br>(part) | 02/12/20 | J | A | |
| 278. | | | | | Sold<br>(part) | 03/03/20 | J | A | |
| 279. | | | | | Sold<br>(part) | 03/26/20 | J | A | |
| 280. | | | | | Sold | 03/27/20 | J | A | |
| 281.  Fidelity National Information | A | Dividend | | | Sold<br>(part) | 07/27/20 | J | A | |
| 282. | | | | | Sold<br>(part) | 07/28/20 | J | A | |
| 283. | | | | | Sold | 07/29/20 | J | B | |
| 284.  Genpact Ltd. | A | Dividend | J | T | Buy | 03/25/20 | J | | |
| 285. | | | | | Buy<br>(add'l) | 03/27/20 | J | | |
| 286. | | | | | Buy<br>(add'l) | 04/06/20 | J | | |
| 287. | | | | | Buy<br>(add'l) | 11/03/20 | J | | |
| 288.  Gilead Sciences Inc. | A | Dividend | | | Sold<br>(part) | 01/17/20 | J | A | |
| 289. | | | | | Sold<br>(part) | 03/13/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pollak, Cheryl L. | 05/06/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 290. | | | | | Sold<br>(part) | 04/24/20 | J | A | |
| 291. | | | | | Sold | 09/16/20 | J | A | |
| 292. Goldman Sachs Group Inc. | A | Dividend | K | T | Buy<br>(add'l) | 01/08/20 | J | | |
| 293. | | | | | Buy<br>(add'l) | 03/04/20 | J | | |
| 294. | | | | | Sold<br>(part) | 04/07/20 | J | A | |
| 295. | | | | | Buy<br>(add'l) | 07/27/20 | J | | |
| 296. | | | | | Buy<br>(add'l) | 09/08/20 | J | | |
| 297. GP Strategies Corp. | | None | J | T | | | | | |
| 298. Harding Loevner Int'l Eqty Port Inst. | A | Dividend | J | T | Sold<br>(part) | 03/20/20 | N | A | |
| 299. | | | | | Buy<br>(add'l) | 04/23/20 | N | | |
| 300. Harding Loevner Emerging Markets | A | Dividend | J | T | Buy<br>(add'l) | 12/22/20 | K | | |
| 301. Honeywell International Inc. | A | Dividend | K | T | Sold<br>(part) | 04/23/20 | J | | |
| 302. HP Inc. | A | Dividend | | | Sold | 01/08/20 | J | B | |
| 303. Ingersoll-Rand Inc. | A | Dividend | J | T | Buy | 06/24/20 | J | | |
| 304. Intel Corp. | A | Dividend | J | T | Buy<br>(add'l) | 01/03/20 | J | | |
| 305. | | | | | Buy<br>(add'l) | 01/21/20 | J | | |
| 306. | | | | | Buy<br>(add'l) | 02/07/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Pollak, Cheryl L.** | 05/06/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. | | | | | Sold (part) | 04/23/20 | J | A | |
| 308. | | | | | Buy (add'l) | 07/28/20 | J | | |
| 309. | | | | | Buy (add'l) | 07/29/20 | J | | |
| 310. | | | | | Buy (add'l) | 08/12/20 | J | | |
| 311. | | | | | Sold (part) | 10/27/20 | J | A | |
| 312. | | | | | Sold (part) | 11/02/20 | J | A | |
| 313.  Interferon Sciences, Inc. | | None | J | T | | | | | |
| 314.  International Research Insight Series DBT | A | Dividend | M | T | Sold (part) | 01/17/20 | J | A | |
| 315. | | | | | Sold (part) | 04/17/20 | J | A | |
| 316. | | | | | Sold (part) | 07/24/20 | J | A | |
| 317. | | | | | Sold (part) | 10/16/20 | J | A | |
| 318.  Intuitive Surgical Inc. | A | Dividend | J | T | Sold (part) | 08/31/20 | J | B | |
| 319. | | | | | Sold (part) | 10/23/20 | J | B | |
| 320.  Invesco Oppenheimer Dev. Mkts | D | Dividend | N | T | Sold (part) | 08/06/20 | N | A | |
| 321. | | | | | Buy (add'l) | 08/08/20 | J | | |
| 322.  Investment Company of America - Mutual Fund (American Fund) | E | Dividend | M | T | Sold (part) | 03/20/20 | J | A | |
| 323.  IRA-Citibank-CD | A | Interest | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pollak, Cheryl L. | 05/06/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. IRA-Citibank-Money Market | A | Interest | J | T | | | | | |
| 325. IRA-Soloman - Treasury Bond | A | Interest | J | T | | | | | |
| 326. IShares MSCI EAFE Growth ETF | E | Dividend | O | T | Buy (add'l) | 03/23/20 | N | | |
| 327. | | | | | Sold (part) | 04/23/20 | N | E | |
| 328. IShares MSCI EAFE Emerging ETF Markets | A | Dividend | | | Sold | 01/23/19 | M | A | |
| 329. Ishares MSCI EAFE Value ETF | A | Dividend | | | Sold | 01/24/19 | M | A | |
| 330. Ishares Russell 1000 (X) | A | Dividend | N | T | Buy (add'l) | 03/23/20 | O | | |
| 331. | | | | | Sold (part) | 10/08/20 | O | A | |
| 332. Ishares Russell 2000 ETF | A | Dividend | J | T | Buy | 03/23/20 | O | | |
| 333. | | | | | Sold (part) | 04/27/20 | O | A | |
| 334. Johnson & Johnson | A | Dividend | K | T | Sold (part) | 04/06/20 | J | A | |
| 335. | | | | | Buy (add'l) | 05/15/20 | J | | |
| 336. | | | | | Sold (part) | 10/05/20 | J | A | |
| 337. JP Morgan Chase & Co. | B | Dividend | | | Sold (part) | 04/06/20 | J | A | |
| 338. | | | | | Sold (part) | 04/23/20 | J | A | |
| 339. | | | | | Sold (part) | 04/30/20 | J | A | |
| 340. | | | | | Sold (part) | 05/07/20 | J | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Pollak, Cheryl L.** | 05/06/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 341. | | | | | Sold<br>(part) | 05/08/20 | J | A | |
| 342. | | | | | Sold<br>(part) | 05/15/20 | J | A | |
| 343. | | | | | Sold<br>(part) | 05/18/20 | J | A | |
| 344. | | | | | Buy<br>(add'l) | 08/12/20 | J | | |
| 345. | | | | | Sold | 09/15/20 | J | A | |
| 346.  KLA Corp. | A | Dividend | J | T | Buy | 01/28/20 | J | | |
| 347. | | | | | Buy<br>(add'l) | 02/03/20 | J | | |
| 348. | | | | | Buy<br>(add'l) | 02/05/20 | J | | |
| 349. | | | | | Buy<br>(add'l) | 02/10/20 | J | | |
| 350. | | | | | Buy<br>(add'l) | 03/10/20 | J | | |
| 351. | | | | | Sold<br>(part) | 04/23/20 | J | A | |
| 352. | | | | | Sold<br>(part) | 05/07/20 | J | A | |
| 353.  Knight-Swift Transportation | A | Dividend | J | T | Buy | 12/04/20 | J | | |
| 354. | | | | | Buy<br>(add'l) | 12/11/20 | J | | |
| 355.  L3 Harris Technologies Inc. | A | Dividend | J | T | Buy<br>(add'l) | 02/03/20 | J | | |
| 356. | | | | | Buy<br>(add'l) | 02/11/20 | J | | |
| 357. | | | | | Buy<br>(add'l) | 03/30/20 | J | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4)<br>2 Value Codes<br>(See Columns C1 and D3)<br><br>3 Value Method Codes<br>(See Column C2) | A =$1,000 or less<br>F =$50,001 - $100,000<br>J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000<br>Q =Appraisal<br>U =Book Value | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000<br>K =$15,001 - $50,000<br>O =$500,001 - $1,000,000<br><br>R =Cost (Real Estate Only)<br>V =Other | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000<br>L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000<br>S =Assessment<br>W =Estimated | D =$5,001 - $15,000<br>H2 =More than $5,000,000<br>M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000<br><br>T =Cash Market | E =$15,001 - $50,000 |
|---|---|---|---|---|---|

| Name of Person Reporting | Date of Report |
|---|---|
| Pollak, Cheryl L. | 05/06/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 358. | | | | | Buy<br>(add'l) | 04/27/20 | J | | |
| 359. | | | | | Buy<br>(add'l) | 06/25/20 | J | | |
| 360. | | | | | Sold<br>(part) | 11/04/20 | J | A | |
| 361.   LPL Investment Holding Inc. | A | Dividend | J | T | Buy | 05/28/20 | J | | |
| 362. | | | | | Buy<br>(add'l) | 05/29/20 | J | | |
| 363. | | | | | Buy<br>(add'l) | 07/27/20 | J | | |
| 364. | | | | | Buy<br>(add'l) | 08/25/20 | J | | |
| 365. | | | | | Buy<br>(add'l) | 09/08/20 | J | | |
| 366. | | | | | Sold<br>(part) | 11/02/20 | J | A | |
| 367.   Lyondellbasell Indu - CL A | A | Dividend | K | T | Buy<br>(add'l) | 10/07/20 | J | | |
| 368. | | | | | Buy<br>(add'l) | 10/12/20 | J | | |
| 369. | | | | | Buy<br>(add'l) | 10/21/20 | J | | |
| 370. | | | | | Buy<br>(add'l) | 10/30/20 | J | | |
| 371. | | | | | Sold<br>(part) | 11/17/20 | J | A | |
| 372.   Magna International Inc. | A | Dividend | K | T | Buy<br>(add'l) | 08/13/20 | J | | |
| 373. | | | | | Sold<br>(part) | 10/26/20 | J | A | |
| 374. | | | | | Sold<br>(part) | 11/02/20 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Pollak, Cheryl L.** | 05/06/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 375.  Masco Corp. | A | Dividend | J | T | Buy | 05/18/20 | J | | |
| 376.  McDonald's Corp. | A | Dividend | | | Sold<br>(part) | 03/13/20 | J | A | |
| 377. | | | | | Sold | 03/17/20 | J | B | |
| 378.  Medtronic | A | Dividend | K | T | Buy<br>(add'l) | 01/07/20 | J | | |
| 379. | | | | | Buy<br>(add'l) | 01/24/20 | J | | |
| 380. | | | | | Buy<br>(add'l) | 03/04/20 | J | | |
| 381. | | | | | Buy<br>(add'l) | 09/08/20 | J | | |
| 382. | | | | | Sold<br>(part) | 11/03/20 | J | A | |
| 383. | | | | | Sold<br>(part) | 12/10/20 | J | A | |
| 384.  Merck & Co. Inc. | A | Dividend | J | T | Sold<br>(part) | 01/24/20 | J | A | |
| 385. | | | | | Sold<br>(part) | 02/14/20 | J | A | |
| 386. | | | | | Sold<br>(part) | 02/26/20 | J | A | |
| 387. | | | | | Sold<br>(part) | 03/04/20 | J | A | |
| 388. | | | | | Sold<br>(part) | 03/09/20 | J | A | |
| 389. | | | | | Sold<br>(part) | 06/25/20 | J | A | |
| 390. | | | | | Sold<br>(part) | 07/17/20 | J | A | |
| 391. | | | | | Sold<br>(part) | 09/16/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Pollak, Cheryl L.** | 05/06/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 392. | | | | | Sold<br>(part) | 09/17/20 | J | A | |
| 393. Microsoft Corp. | A | Dividend | M | T | Buy<br>(add'l) | 01/06/20 | J | | |
| 394. | | | | | Buy<br>(add'l) | 01/17/20 | J | | |
| 395. | | | | | Buy<br>(add'l) | 01/21/20 | J | | |
| 396. | | | | | Buy<br>(add'l) | 04/03/20 | J | | |
| 397. | | | | | Sold<br>(part) | 04/23/20 | J | A | |
| 398. | | | | | Sold<br>(part) | 07/17/20 | J | A | |
| 399. | | | | | Sold<br>(part) | 07/27/20 | J | A | |
| 400. Mid-America Apartment | A | Dividend | J | T | Sold<br>(part) | 04/06/20 | J | A | |
| 401. | | | | | Sold<br>(part) | 04/23/20 | J | A | |
| 402. Morgan Lewis & Bockius LLP, Firm Capital | E | Interest | O | T | | | | | |
| 403. Morgan Stanley | A | Dividend | | | Sold<br>(part) | 01/02/20 | J | A | |
| 404. | | | | | Sold<br>(part) | 01/24/20 | J | A | |
| 405. | | | | | Sold | 03/04/20 | J | A | |
| 406. Nextera Energy Inc. | A | Dividend | K | T | Buy<br>(add'l) | 03/30/20 | J | | |
| 407. | | | | | Buy<br>(add'l) | 04/06/20 | J | | |
| 408. | | | | | Buy<br>(add'l) | 06/25/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pollak, Cheryl L. | 05/06/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 409. | | | | | Buy<br>(add'l) | 06/26/20 | J | | |
| 410. | | | | | Buy<br>(add'l) | 09/17/20 | J | | |
| 411.  Nike Inc. | A | Dividend | K | T | Sold<br>(part) | 04/06/20 | J | A | |
| 412.  Nisource Inc. | A | Dividend | | | Sold<br>(part) | 01/02/20 | J | A | |
| 413. | | | | | Sold | 03/16/20 | J | A | |
| 414.  Norfolk Southern Corp. | A | Dividend | J | T | Sold<br>(part) | 02/04/20 | J | A | |
| 415. | | | | | Sold<br>(part) | 03/23/20 | J | A | |
| 416.  Northrop Grumman Corp. | A | Dividend | J | T | Sold<br>(part) | 03/19/20 | J | B | |
| 417.  Novo Nordisk A S ADR | A | Dividend | | | Sold<br>(part) | 04/14/20 | J | A | |
| 418. | | | | | Sold<br>(part) | 04/23/20 | J | A | |
| 419. | | | | | Sold | 07/02/20 | J | A | |
| 420.  Nuveen New York Quality | A | Interest | J | T | | | | | |
| 421.  NVIDIA | A | Dividend | K | T | Buy | 03/24/20 | J | | |
| 422. | | | | | Buy<br>(add'l) | 04/03/20 | J | | |
| 423.  NXP Semiconductors NV | A | Dividend | K | T | Buy | 03/13/20 | J | | |
| 424. | | | | | Buy<br>(add'l) | 03/23/20 | J | | |
| 425. | | | | | Buy<br>(add'l) | 05/18/20 | J | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Pollak, Cheryl L.** | 05/06/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 426. | | | | | Sold (part) | 06/01/20 | J | A | |
| 427. | | | | | Buy (add'l) | 08/07/20 | J | | |
| 428. | | | | | Buy (add'l) | 08/28/20 | J | | |
| 429. | | | | | Buy (add'l) | 10/30/20 | J | | |
| 430. | | | | | Buy (add'l) | 11/02/20 | J | | |
| 431. Oakmark Int'l Fd Inv. | A | Dividend | | | Buy | 03/12/20 | N | | |
| 432. | | | | | Sold | 03/20/20 | N | A | |
| 433. Oracle Corp. | A | Dividend | K | T | Sold (part) | 04/06/20 | J | A | |
| 434. | | | | | Sold (part) | 04/23/20 | J | A | |
| 435. Paypal Holdings Inc. | A | Dividend | J | T | Sold (part) | 10/01/20 | J | B | |
| 436. | | | | | Sold (part) | 10/02/20 | J | A | |
| 437. | | | | | Sold (part) | 10/29/20 | J | A | |
| 438. Pepsico Inc. | A | Dividend | K | T | Sold (part) | 03/05/20 | J | A | |
| 439. | | | | | Sold (part) | 04/06/20 | J | A | |
| 440. | | | | | Sold (part) | 04/23/20 | J | A | |
| 441. | | | | | Sold (part) | 10/12/20 | J | B | |
| 442. | | | | | Sold (part) | 10/27/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pollak, Cheryl L. | 05/06/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 443. Pfizer Inc. | A | Dividend | J | T | Buy<br>(add'l) | 01/09/20 | J | | |
| 444. | | | | | Sold<br>(part) | 04/06/20 | J | A | |
| 445. | | | | | Sold<br>(part) | 04/23/20 | J | A | |
| 446. | | | | | Sold<br>(part) | 07/23/20 | J | A | |
| 447. | | | | | Sold<br>(part) | 07/28/20 | J | A | |
| 448. | | | | | Sold<br>(part) | 10/12/20 | J | A | |
| 449. | | | | | Sold<br>(part) | 10/20/20 | J | A | |
| 450. | | | | | Sold<br>(part) | 10/27/20 | J | A | |
| 451. Phillips 66 | A | Dividend | | | Sold<br>(part) | 01/23/20 | J | A | |
| 452. | | | | | Sold | 03/10/20 | J | B | |
| 453. Pimco Enhanced SHRT Maturity Actv ETF | A | Dividend | J | T | Buy | 10/09/20 | O | | |
| 454. Pimco Foreign Bond Fund Institutional | D | Dividend | P1 | T | | | | | |
| 455. Pimco High Yield Fund | A | Dividend | N | T | Buy<br>(add'l) | 03/23/20 | O | | |
| 456. Pimco Int'l. Bond US Dollar Hedge Inst. | A | Dividend | J | T | Buy<br>(add'l) | 12/22/20 | K | | |
| 457. Pinnacle West Capital | A | Dividend | J | T | Buy | 05/29/20 | J | | |
| 458. | | | | | Buy<br>(add'l) | 06/01/20 | J | | |
| 459. | | | | | Buy<br>(add'l) | 07/01/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pollak, Cheryl L. | 05/06/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 460.  PNC Financial Services Group | A | Dividend | K | T | Buy (add'l) | 01/06/20 | J | | |
| 461. | | | | | Buy (add'l) | 03/02/20 | J | | |
| 462. | | | | | Buy (add'l) | 03/06/20 | J | | |
| 463. | | | | | Buy (add'l) | 03/23/20 | J | | |
| 464. | | | | | Sold (part) | 08/12/20 | J | A | |
| 465. | | | | | Buy (add'l) | 09/15/20 | J | | |
| 466. | | | | | Buy (add'l) | 10/30/20 | J | | |
| 467. | | | | | Buy (add'l) | 11/02/20 | J | | |
| 468.  Procter & Gamble | A | Dividend | K | T | Sold (part) | 04/23/20 | J | A | |
| 469. | | | | | Buy (add'l) | 05/15/20 | J | | |
| 470. | | | | | Buy (add'l) | 06/15/20 | J | | |
| 471. | | | | | Buy (add'l) | 07/01/20 | J | | |
| 472.  Progressive Corp. | A | Dividend | K | T | Buy (add'l) | 01/07/20 | J | | |
| 473. | | | | | Sold (part) | 05/11/20 | J | A | |
| 474.  Prologis Inc. | A | Dividend | J | T | Buy | 03/24/20 | J | | |
| 475.  Qualcomm Inc. | A | Dividend | K | T | Buy | 06/03/20 | J | | |
| 476. | | | | | Buy (add'l) | 06/04/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Pollak, Cheryl L.** | 05/06/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 477. | | | | | Buy (add'l) | 06/15/20 | J | | |
| 478. | | | | | Buy (add'l) | 07/17/20 | J | | |
| 479. | | | | | Buy (add'l) | 07/27/20 | J | | |
| 480. Raytheorn Technologies (formerly Raytheon Company) | A | Dividend | J | T | Buy (add'l) | 01/23/20 | J | | |
| 481. | | | | | Buy (add'l) | 01/28/20 | J | | |
| 482. | | | | | Buy (add'l) | 02/07/20 | J | | |
| 483. | | | | | Buy (add'l) | 03/23/20 | J | | |
| 484. | | | | | Sold (part) | 06/26/20 | J | A | |
| 485. | | | | | Sold (part) | 08/05/20 | J | A | |
| 486. | | | | | Sold (part) | 11/05/20 | J | A | |
| 487. REF Partners LP | A | Dividend | N | T | | | | | |
| 488. Regency Centers Corp. | A | Dividend | | | Sold (part) | 03/05/20 | J | A | |
| 489. | | | | | Sold | 03/23/20 | J | B | |
| 490. Regeneron Pharmaceuticals | A | Dividend | J | T | | | | | |
| 491. Reinsurance Group of America | A | Dividend | J | T | Buy (add'l) | 04/28/20 | J | | |
| 492. | | | | | Buy (add'l) | 08/11/20 | J | | |
| 493. | | | | | Buy (add'l) | 08/13/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pollak, Cheryl L. | 05/06/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 494. | | | | | Sold (part) | 11/02/20 | J | B | |
| 495. Roche Hldg. Ltd. Sponsored ADR | A | Dividend | K | T | Buy (add'l) | 01/09/20 | J | | |
| 496. | | | | | Sold (part) | 04/06/20 | J | A | |
| 497. | | | | | Buy (add'l) | 04/30/20 | J | | |
| 498. | | | | | Buy (add'l) | 07/23/20 | J | | |
| 499. | | | | | Buy (add'l) | 11/09/20 | J | | |
| 500. | | | | | Buy (add'l) | 12/24/20 | J | | |
| 501. Ross Stores Inc. | A | Dividend | J | T | Sold (part) | 01/06/20 | J | A | |
| 502. | | | | | Sold (part) | 04/06/20 | J | A | |
| 503. | | | | | Sold (part) | 04/23/20 | J | A | |
| 504. | | | | | Sold (part) | 05/18/20 | J | B | |
| 505. | | | | | Sold (part) | 06/12/20 | J | A | |
| 506. | | | | | Sold (part) | 10/26/20 | J | A | |
| 507. Royal Dutch Shell | A | Dividend | | | Buy (add'l) | 01/31/20 | J | | |
| 508. | | | | | Sold (part) | 03/06/20 | J | B | |
| 509. | | | | | Sold (part) | 04/06/20 | J | A | |
| 510. | | | | | Sold (part) | 08/12/20 | J | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Pollak, Cheryl L.** | 05/06/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 511. | | | | | Buy (add'l) | 09/22/20 | J | | |
| 512. | | | | | Sold | 09/30/20 | J | A | |
| 513.  Southwest Airlines Co. | A | Dividend | J | T | Buy | 10/23/20 | J | | |
| 514. | | | | | Buy (add'l) | 10/26/20 | J | | |
| 515. | | | | | Buy (add'l) | 10/30/20 | J | | |
| 516. | | | | | Buy (add'l) | 11/02/20 | J | | |
| 517.  Schwab Breckinridge (no control) | F | Interest | P1 | T | | | | | |
| 518.  Schwab Gov't Money Fund | A | Dividend | M | T | | | | | |
| 519.  Schwab S&P 500 Index | C | Dividend | O | T | Sold (part) | 03/20/20 | O | A | |
| 520. | | | | | Buy (add'l) | 12/22/20 | M | | |
| 521.  Schwab US Treasury Money Inv. | A | Dividend | J | T | Buy | 03/19/20 | J | | |
| 522.  Schwab Value Advantage Money Fund | A | Dividend | L | T | Sold (part) | 03/19/20 | J | A | |
| 523.  Starbucks Corp. | A | Dividend | J | T | Sold (part) | 04/23/20 | J | A | |
| 524.  Sun Communities Inc. | A | Dividend | | | Sold | 03/24/20 | J | A | |
| 525.  Synchrony Financial | A | Dividend | | | Sold (part) | 01/27/20 | J | A | |
| 526. | | | | | Sold (part) | 02/11/20 | J | A | |
| 527. | | | | | Sold (part) | 02/12/20 | J | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Pollak, Cheryl L.** | 05/06/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 528. | | | | | Sold (part) | 02/25/20 | J | A | |
| 529. | | | | | Sold (part) | 02/26/20 | J | A | |
| 530. | | | | | Sold | 03/04/20 | J | A | |
| 531. Take-Two Interactive Software | A | Dividend | J | T | Buy | 06/08/20 | J | | |
| 532. | | | | | Buy (add'l) | 06/10/20 | J | | |
| 533. T-Mobile US Inc. | A | Dividend | J | T | Sold (part) | 02/19/20 | J | A | |
| 534. | | | | | Sold (part) | 07/02/20 | J | A | |
| 535. | | | | | Sold (part) | 10/13/20 | J | A | |
| 536. Texas Instruments Inc. | A | Dividend | K | T | Buy (add'l) | 03/25/20 | J | | |
| 537. TJX Companies Inc. | A | Dividend | K | T | Sold (part) | 04/06/20 | J | A | |
| 538. | | | | | Sold (part) | 04/23/20 | J | A | |
| 539. | | | | | Buy (add'l) | 05/04/20 | J | | |
| 540. U.S. Savings Bonds | A | Interest | J | T | | | | | |
| 541. U.S. Treasury Bills | A | Interest | P1 | T | | | | | |
| 542. US Bancorp. | A | Dividend | | | Sold | 03/06/20 | J | A | |
| 543. US Foods Holding Corp. | A | Dividend | | | Buy (add'l) | 04/28/20 | J | | |
| 544. | | | | | Sold | 05/19/20 | J | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pollak, Cheryl L. | 05/06/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 545. Unitedhealth Group Inc. | A | Dividend | K | T | Buy (add'l) | 01/08/20 | J | | |
| 546. | | | | | Sold (part) | 04/23/20 | J | A | |
| 547. | | | | | Buy (add'l) | 08/28/20 | J | | |
| 548. | | | | | Sold (part) | 10/28/20 | J | A | |
| 549. United Rentals Inc. | A | Dividend | J | T | Buy | 04/03/20 | J | | |
| 550. | | | | | Buy (add'l) | 06/29/20 | J | | |
| 551. | | | | | Buy (add'l) | 09/16/20 | J | | |
| 552. | | | | | Buy (add'l) | 09/17/20 | J | | |
| 553. Valero Energy Corp. | A | Dividend | J | T | Buy | 08/12/20 | J | | |
| 554. | | | | | Buy (add'l) | 10/01/20 | J | | |
| 555. | | | | | Sold (part) | 11/23/20 | J | A | |
| 556. Vanguard Interm Term Tax Exempt Fd Admiral Share | A | Dividend | J | T | Sold (part) | 01/17/20 | N | A | |
| 557. | | | | | Sold (part) | 03/20/20 | O | A | |
| 558. | | | | | Buy (add'l) | 12/22/20 | M | | |
| 559. Vanguard US Growth Fd Admiral Share | A | Dividend | P1 | T | | | | | |
| 560. Vanguard Windsor Fund Admiral Share | A | Dividend | N | T | Sold (part) | 02/25/20 | J | A | |
| 561. | | | | | Sold (part) | 12/07/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Pollak, Cheryl L.** | 05/06/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 562. Vanguard Windsor II Fd Admiral Share | A | Dividend | J | T | Buy | 03/23/20 | N | | |
| 563. Vertex Pharmaceuticals Inc. | A | Dividend | K | T | Buy (add'l) | 01/08/20 | J | | |
| 564. | | | | | Buy (add'l) | 09/16/20 | J | | |
| 565. Viatris Inc. | A | Dividend | J | T | Sold (part) | 11/25/20 | J | A | |
| 566. Visa Inc. | A | Dividend | K | T | | | | | |
| 567. VMWARE Inc. | A | Dividend | J | T | Buy | 02/04/20 | J | | |
| 568. | | | | | Buy (add'l) | 02/14/20 | J | | |
| 569. | | | | | Buy (add'l) | 02/25/20 | J | | |
| 570. | | | | | Sold (part) | 05/01/20 | J | A | |
| 571. Wal-mart Stores Inc. | A | Dividend | K | T | Sold (part) | 04/23/20 | J | A | |
| 572. | | | | | Buy (add'l) | 06/30/20 | J | | |
| 573. Walt Disney Co. | A | Dividend | J | T | Sold (part) | 02/07/20 | J | D | |
| 574. | | | | | Sold (part) | 03/24/20 | J | A | |
| 575. | | | | | Sold (part) | 04/23/20 | J | A | |
| 576. Westlake Chemical Corp. | A | Dividend | J | T | Buy (add'l) | 01/08/20 | J | | |
| 577. | | | | | Buy (add'l) | 03/23/20 | J | | |
| 578. | | | | | Sold (part) | 10/29/20 | J | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Pollak, Cheryl L.** | 05/06/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 579. | | | | | Sold<br>(part) | 11/02/20 | J | A | |
| 580. Xerox Holdings Corp.(formally Xerox Corp.) | A | Dividend | | | Sold<br>(part) | 01/23/20 | J | A | |
| 581. | | | | | Sold | 03/05/20 | J | A | |
| 582. Xilinx Inc. | A | Dividend | J | T | Sold<br>(part) | 09/17/20 | J | A | |
| 583. | | | | | Sold<br>(part) | 10/28/20 | J | B | |
| 584. Zoetis Inc. | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pollak, Cheryl L. | 05/06/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Page 10 of 40 - Line 111; Bernstein New York Municipal Portfolio - The accounting firm made this transaction at the end of the calendar year and it didn't get reflected until this year.

Page 23 of 40 - Line 328 - Ishares MSCI EAFE Emerging ETF Markets and  Page 23 of 40 - Line 329 -  Ishares MSCI EAFE Value ETF were reported as a partial sale on the 2019 Finacial Diclosure Report when in fact they were a complete sale.

Page 36 of 40 - Line 559;  Vanguard Morgan Growth Fund Admiral Share was merged into Vanguard U.S. Growth Fund Admiral Share.

Page 37 of 40 - Line 565;  On 11/6/2020 Pfizer Inc. had a spin-off  called Viatris Inc.

----------------------------

In the 2019 Finacial Disclosure Report, page 20 of 33 - line 286 Morgan Stanley and Line 287 Morgan Stanley NY Municipal -- these holdings here listed separately when they should have been listed under one entry.  Morgan Stanley has been corrected in this report.

| Name of Person Reporting | Date of Report |
|---|---|
| Pollak, Cheryl L. | 05/06/2021 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Cheryl L. Pollak**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544